# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JUDY NICHOLS                                                                    PLAINTIFF

v.                          Case No. 3:09CV00224 JLH

HYTROL CONVEYOR COMPANY, INC.                          DEFENDANT

## ORDER

Defendant's motion for extension of time to respond to plaintiff's motion for partial summary judgment and/or motion in limine is GRANTED without objection. Document #16. The time for filing defendant's response is extended up to and including December 30, 2010.

IT IS SO ORDERED this 22nd day of December, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE