**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JUDY NICHOLS                                                                                                    PLAINTIFF

v.                                              NO. 3:09CV00224 JLH

HYTROL CONVEYOR COMPANY, INC.                                                          DEFENDANT

**ORDER**

The Amended Final Scheduling Order entered on February 18, 2011, set this matter for jury trial to commence at 9:15 a.m. sometime during the week of May 2, 2011, in Jonesboro, Arkansas. The Court has determined that the jury trial will begin at *10:30 a.m. on MONDAY, MAY 2, 2011,* in Jonesboro, Arkansas. Counsel should be present thirty minutes prior to trial.

IT IS SO ORDERED this 25th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE