# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JUDY NICHOLS                                                                                    PLAINTIFF

v.                                         NO. 3:09CV00224 JLH

HYTROL CONVEYOR COMPANY, INC.                                              DEFENDANT

## ORDER

The Court conducted a telephone conference with counsel on Sunday, May 1, 2011, regarding the trial of this matter and the impact the inclement weather in central and northeast Arkansas would have on it. Lucien Gillham was present for plaintiff. Paul Waddell was present for defendant. By agreement of the parties, it was determined that due to flooding in northeast Arkansas and impassible roads/interstates in central Arkansas, the trial should be rescheduled to begin on Tuesday, May 3, 2011, at 9:00 a.m.

IT IS SO ORDERED this 2nd day of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE