**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JUDY NICHOLS                                                                                           PLAINTIFF

v.                                           Case No. 3:09CV00224 JLH

HYTROL CONVEYOR COMPANY, INC.                                                     DEFENDANT

**JUDGMENT**

On the 3rd day of May, 2011, this matter came before the Court for trial by jury. Judy Nichols appeared in person and through her attorney, Lucien R. Gillham. Hytrol Conveyor Company, Inc., appeared through its corporate representative, Sandy Logsdon, and its attorneys, Paul D. Waddell and M. Scott Jackson. Both parties announced ready for trial. A jury of 12 was duly selected and sworn. At the conclusion of all of the evidence and after the jury had been instructed on the law, the jury returned a verdict finding that Judy Nichols failed to prove by the greater weight of the evidence that her sex was a motivating factor in Hytrol's decision to discharge her. Judgment is therefore entered in favor of Hytrol Conveyor Company, Inc., on the claims of Judy Nichols. The complaint of Judy Nichols is dismissed with prejudice.

IT IS SO ORDERED this 5th day of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE